**DGR** — **THE** *only* **Source For Legal Support**

Please Remit Payment to: 1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 — FAX (973) 403-9222

# INVOICE

| INVOICE NUMBER |
|---|
| 369895 |

CLIENT FILE #: 2:18-CV-00421-WJM-MF
SERVICE TYPE: PROCESS SERVICE
CLIENT #: WIN26

BILL TO: KATHARINE
THE LAW OFFICES OF ANDY WINCHELL, P.C.
100 CONNELL DRIVE, SUITE 2300
BERKELEY HGHTS NJ 07922

ORDERED BY: KATHARINE
SERVICE DATE: 01/16/18

CASE TITLE: ERSHOW VS. KANE
CASE #: 2:18-CV-00421-WJM
REFERENCE: 2:18-CV-00421-WJM-MF ERSHOW VS. KANE

## SERVICE INFORMATION

SERVICE TO: LESLIE, KANE & MORGAN, INC. ATTN: DALE L. EASTON, REGISTERED AGENT

900 RIDGE ROAD
HOMEWOOD IL 60430

## REPORT

## BILLING INFORMATION

| | |
|---|---:|
| OUT OF STATE PROCESS SERVICE | 129.00 |

| BILLING DATE: | 01/24/18 | TOTAL AMOUNT DUE >>>> | 129.00 |
|---|---|---|---|

Note:  1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #369895 to my: AMEX _____ VISA _____ MASTERCARD _____

Card #: _____  Exp. Date: _____  Security Code: _____

Name on Card: _____  Signature: _____

Billing address: _____  City: _____ St: _____ Zip: _____
(If different from above)

Phone: _____  Email Address: _____

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
50 WALNUT ST. NEWARK, NJ 07102                    Docket No. 2:18-CV-00421-WJM

DIANA ERSHOW,

,Plaintiff(s)
                                    - against -

LESLIE KANE & MORGAN, INC.,

,Defendant(s)

## PROOF OF DILIGENCE

I, THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION, ATTEMPTED TO SERVE THE
FOLLOWING:

    SUMMONS & COMPLAINT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

    RESIDENCE:  UNKNOWN


    ALTERNATE: 900 RIDGE ROAD
            HOMEWOOD IL 60430

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:


    LESLIE, KANE & MORGAN, INC.
    ATTN: DALE L. EASTON, REGISTERED AGENT


THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

01/16/18 03:00PM   THE GIVEN ADDRESS IS A MULTI-SUITE OFFICE
                BUILDING.
                THIS ENTITY IS NOT LOCATED AT THE GIVEN
                ADDRESS.
                THE SERVER STATED THAT THIS ENTITY IS NOT
                LISTED IN THE DIRECTORY.
                THE SERVER SEARCH ALL 3 FLOORS FOR THIS
                ENTITY BUT WAS UNABLE TO FIND THEM IN ANY OF
                THE SUITES.
                SERVER RETURNING THIS W.O. FOR FURTHER REVIEW

PERSON SERVING: TODD M. MARTINSON, P.D.