# Law Offices of Andy Winchell, P.C.

100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
973-457-4710
www.winchlaw.com
andy@winchlaw.com

January 17, 2018

**VIA EMAIL, U.S. AND CERTIFIED MAIL
AND FAX TO 708-991-2322**

Leslie Kane & Morgan, Inc.
P.O. Box 738
Homewood, Illinois  60430-8738
customerservice@lesliekanemorgan.com

To Whom it May Concern:

  Please provided to us your physical address and/or registered agent for service of process. You may provide this information via telephone, mail, or email.

Sincerely,

Andy Winchell

Licensed in New Jersey, New York and California