# EXHIBIT D

Law Offices of Andy Winghel
100 Connell Drive, Suite 2300
Berkeley Heights, NJ 07922

CERTIFIED MAIL®

7016 3010 0000 4255 8192

CPU

U.S. POSTAGE
$5.29
FCML        0000
Orig: 18040
Dest: 60430        2S
01/18/18
11081988        06
R2305P150229

4/31
2/8

Leslie Kane & Morgan, Inc.
P.O. Box 738
Homewood, Illinois 60430-8738

NL

NIXIE        600    DE 1        0002/26/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  07922274175        *2119-02820-18-40

60430-873838
07922>2741

Law Offices of Andy Winchell
100 Connell Drive
Suite 2300
Berkeley Heights, NJ 07922



7016 0340 0000 5641 3910

CPU



U.S. POSTAGE
$6.58
FCMF          0000
Orig: 18040
Dest: 60430
02/14/18
11081988     06  2S

Refused



☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved - Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Forwarding Order Expired

Leslie Kane & Morgan Inc

C/N
2/14

2/14

